IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-20-08-H-BMM |
| vs. | ORDER |
| JEFFREY ROBERT IGOE, | |
| Defendant. | |

Defendant Jeffrey Robert Igoe filed a motion to permit "hybrid representation" in the above-captioned criminal case. (Doc. 31). The Court held a hearing on this motion on October 71, 2020. (Doc. 37).

For the reasons stated in open Court, **IT IS ORDERED** that Igoe's motion (Doc. 31) is **DENIED** without prejudice.

Dated the 28th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court