IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ROBERT IGOE,<br><br>Defendant. | CR-20-08-H-BMM<br><br>ORDER |

Defendant Jeffrey Robert Igoe filed a series of motions in the above-captioned criminal case. (Docs. 18, 20, 22, 26). The Court held a hearing on this motion on November 5, 2020. (Doc. 57). Trial is set for November 9, 2020.

For the reasons stated in open Court, **IT IS ORDERED** that:

- Igoe's Motion to Sever Counts (Doc. 18) is **DENIED** without prejudice;

- Igoe's Motion for Bill of Particulars (Doc. 20) is **DENIED** without prejudice;

- Igoe's Motion to Dismiss Counts I and III for Multiplicity or, in the Alternative for the Government to Elect Between Counts (Doc. 22) is **DENIED** without prejudice; and

- Igoe's Motion to Dismiss Count III or in the Alternative for Adverse Inference Instruction (Spoliation) (Doc. 26) is **DENIED** without prejudice.

Dated the 6th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court