# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ROBERT IGOE,<br><br>Defendant. | Case No. CR 20-08-H-BMM<br><br><br>ORDER |

Defendant Jeffrey Robert Igoe, having filed a Motion to Appear for Sentencing by Video, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Jeffrey Robert Igoe may appear via video for the Sentencing Hearing, currently scheduled for March 25, 2021, at 11:00 a.m. from Core Civic facility in Shelby, Montana.

DATED this 3rd day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court