# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JEFFREY ROBERT IGOE,<br><br>       Defendant. | CR-20-08-H-BMM<br><br>ORDER |

  Jeffrey Robert Igoe ("Igoe") has moved for early termination of his term of supervised release. (Doc. 113.) The Court conducted a hearing on this motion on August 22, 2022. (Doc. 117.) The Court explained during this hearing that it would grant the Motion if Igoe completed an additional three months' supervision with no violations of his supervised release conditions. (Doc. 117.) Three months now have passed, and the Court has not received notice that Igoe has violated the conditions of his supervised release. The Court grants Igoe's Motion for Early Termination of Supervised Release for the following additional reasons.

  A jury found Igoe guilty of one count of possession of a stolen firearm and one count of unlawful taking of a firearm from a licensed firearm dealer, in violation of 18 U.S.C. §§ 922(j) and (n), respectively. (Doc. 72); (Doc. 73.) The Court sentenced Igoe in May 2021 to twenty months' imprisonment, followed by two years

of supervised release, for each count. (93.) The Court ordered that the terms of imprisonment and supervision run concurrently for the two counts. (*Id.*) Igoe began his two-year term supervised release on July 22, 2021. (Doc. 114 at 2.)

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Igoe's supervised release. Igoe has completed over half of his two-year term of supervision, and Igoe's probation officer has not identified any instances of noncompliance with the terms of his supervised release. (Doc. 114 at 2.) Igoe also asserts that he has demonstrated a positive work history. (*Id.* at 2.) These successes demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Igoe's Motion for Early Termination of Supervised Release (Doc. 113) is **GRANTED**.

DATED this 22nd day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court